IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX BRYANT, III,

        Plaintiff,                  No. CIV S-05-2378 MCE CMK P

       vs.

SOLANO COUNTY SUPERIOR COURT, et al.,

        Defendants.

_____/      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently pending before the court is plaintiff's December 29, 2005 request for an order to show cause. (Doc. 8.)

        Plaintiff's request for an order to show cause recited the allegations contained in his November 23, 2005 complaint. Plaintiff's filing is not, in fact, a request for an order to show cause.

///

///

///

///

1   Accordingly, IT IS ORDERED THAT plaintiff's December 29, 2005 request for
2   an order to show cause (doc. 8) is denied.

3

4   DATED: January 9, 2006.

       _____
       **CRAIG M. KELLISON**
       UNITED STATES MAGISTRATE JUDGE