IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX BRYANT, III,

           Plaintiff,                No. CIV S-05-2378 MCE CMK P

    vs.

SOLANO COUNTY SUPERIOR
COURT, et al.,

           Defendants.          <u>ORDER</u>

_____/

          Currently before the court are plaintiff's December 27, 2005 and December 29, 2005 requests for appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's requests for the appointment of counsel will therefore be denied.

/////

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's December 27, 2005 and

2    December 29, 2005 requests for the appointment of counsel are denied.

3

4    DATED:   January 9, 2006.

5

6                                          _____
                                           **CRAIG M. KELLISON**
7                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26