IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX BRYANT, III,

      Plaintiff,                  No. CIV S-05-2378 MCE CMK P

     vs.

SOLANO COUNTY SUPERIOR COURT, et al.,

      Defendants.

_____/      <u>ORDER</u>

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On April 12, 2006, plaintiff filed a "Brief in Support of the Immediate Release of the Plaintiff."

        In his brief, plaintiff alleges that his plea bargain has not been honored and he seeks an order from this court directing "the lower courts to honor all agreements as so stipulated [in his case]." The court declines to grant plaintiff's request for immediate release.  However, the court notes that, on March 29, 2006, the court filed an order dismissing plaintiff's complaint and directing plaintiff to file an amended complaint within thirty days.  The court is unsure whether plaintiff intends his April 12, 2006 filing to serve as an amended complaint.  If plaintiff intends for his April 12, 2006 filing to serve as his amended complaint, he must inform the court of such.

1       IT IS ORDERED THAT:

2       1. Plaintiff's April 12, 2006 request for immediate release is denied; and

3       2. Plaintiff is directed to, within fifteen days of the date this order is filed, to notify the court in writing if he intended his April 12, 2006 filing to serve as the amended complaint in this action.  If plaintiff fails to notify the court, the court will assume that plaintiff did **not** intend for the April 12, 2006 filing to serve as his amended complaint.

DATED:  April 17, 2006.

                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE